### T. S. MITCHELL v. THE STATE.

No. 2598.   Decided June 18, 1913.

**Assault to Murder—Sufficiency of the Evidence—Charge of Court.**

Where, upon trial of assault to murder and a conviction of aggravated assault, the evidence, although conflicting, sustained the conviction under a proper charge of the court, there was no error.

Appeal from the District Court of Armstrong.   Tried below before the Hon. James N. Browning.

Appeal from a conviction of aggravated assault; penalty, a fine of $500 and one year imprisonment in the county jail.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

HARPER, JUDGE.—Appellant was indicted by the grand jury of Potter County, charged with assault to murder. The venue was changed to Armstrong County, and when tried appellant was convicted of aggravated assault, and his punishment assessed at a fine of $500 and imprisonment in the county jail for one year.

The evidence is uncontradicted that appellant shot at one W. E. Brown three times, he claiming that Brown had killed his brother, and when he first saw Brown, Brown threw his hand to his hip pocket like he was going to draw a pistol, when he, appellant, fired and continued to shoot until Brown got out of sight. The court not only charged the jury on assault to murder and aggravated assault, but submitted the issue of self-defense in a way not complained of by appellant. While the evidence was conflicting, the testimony offered in behalf of the State will support the verdict, and there being no bills of exception and no charges requested, and no complaint of the charge as given, the judgment will be affirmed.

*Affirmed.*